FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 26 2020

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

_Terrence Lee Tinnen_, Plaintiff

v.

_Federal Bureau of Investigation_
_Central Intelligence Agency_
_____,

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Terrence Timmm 1500 W. Thornton Pkwy Lot #6
(Name and complete mailing address)

Thornton, Co, 80260    TerryTimmin55@gmail.com
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: F.B.I.
(Name and complete mailing address)

FBI 8000 E. 36th Ave. Denver, Co. 80238
(Telephone number and e-mail address if known)

Defendant 2: C.I.A.
(Name and complete mailing address)

CIA Headquarters 2430 E St. NW, Washington DC. 20037
(Telephone number and e-mail address if known)

Defendant 3: CIA Headquarters 2430 E St. NW, Washington 20037 DC.
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☐ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

NO

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

2.4C Tucker Act to waive Sovereign Immunity

2.4C Tucker Act (big Tucker act) for breach of birthright contract

Our society is based around promise of Life, liberty, safety and the pursuit of happiness

☐ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

see foot notes

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

This pro se Plaintiff pleas to presiding judge to waive Sovereign Immunity

**CLAIM ONE:** Under 2.4C Tucker Act. This Plaintiff pleas to use 2.4C Tucker Act (Big Tucker Act) in a motion to procede in

Supporting facts: this suit against CIA and FBI. For an act to violate birth right promises of life, liberty, safety and the pursuit of happiness. These two executive branch agencies tried to force a "deal" of money and women for short time. For may death of land life imprisonments

1) Thief of intellectual property - worth in 1984 millions
2) Thru FBI guided events loss of house 1435 E Indiana av. Philly Pennsylvania. - to be homeless. which many times this Pro Se Plaintiff was. Time frame 1988.
3) Beatings: in 1988 broken jaw and loss of front teeth. An 1996 beaten and hospitalized unconscious. July 2017 a karate expert attacked. Unconscious to hospital
4) Broken smacked ankle 2014 Jan 4, 2017 dislocated right arm.
5) Unnecessary jailings. Denver - for about 2 yrs time in and out of Jail. thrown in jail over night harrassment.
6) Continuous Surveillance and coupled harrassment.

all of the above were to break my spirit to take their "deal" also known as "do bed" money and women for a short while then over.

- Plea with presiding judge to waive sovereign immunity. Motion to enact 2.4C Tucker act. Motion to use 2.4C Tucker Act (big Tucker act) to pursuit defendances FBI and CIC government agencys which breadered the

CLAIM TWO: _____

Supporting facts:

Contract of birthright promise of Life, liberty, safety and pursuit of happiness. To pursue by pain and Torture "Deal" or "bed" so called.

1988: Malpractice Medical implant of the Dorsal (RGI) Root ganglion spinal nerve cluster (google it) worn by 80,000 people. Placed by the Abbot Company. which has been manufacturing for over 30 yrs.

This plaintiff experiences tremendous pain and paralysis from this implant device.

Radio controlled by CIA personnel. Tortured to except the deal of money and women for certain death or imprisonment for life

Breach of contract. Life, liberty, safety and the pursuit of happiness

Will explain in court. All the defense will have to say is lies.

These are the men (most Vietnam Vets.) whose motto is "better dead than Red", most of which are.

TO COURT your honor!

5

**E. REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

What has happened in my life I will tell. The CIA and FBI work in Tandem or together to destroy lives. I swear to this court on my oath! Punitive and to cease and decist. (4/yrs) Relief is for FBI: 200,000 and CIA: 2,000,000 200K each for $400K. I plead to presiding Judge to grant leave. Thank you

**F. PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

May 18, 2020
(Date)

(Revised December 2017)