1:20-cv-01486-WJM-KLM

TO: Judge William J. Martery
 1strate Judge Kristen L. M[...]

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 16 2021
JEFFREY P. COLWELL
CLERK

Motion 1. To recognize document [17] as the amended claim or complaint.

Motion 2. To strike any effort to pick-a-part or dismantle this case.

Of Being Illegible

Aug 23rd 2017 - Plaintiff was viciously attacked. The right elbow was completely dislocated. A surgeon worked for over 6hrs reattaching muscle ligaments. 7 other surgeries were required. Two pins hold the bones in place. Could not move arm or fingers. Required physical therapy. Please bare w[ith].

Plaintiff pleas w/ court to not schedule a hearing or trial on Apr. 8d. This my birthday and my daught is taking me to church.

Mar. 10th 2021

Thank you,
Terrence L. [...]

Terry Tinnin
1560 W. Thornton Pkwy
Lot 6
Thornton, Co. 80260

DENVER CO 802
13 MAR 2021 PM 5 L

Office of the Clerk
U.S. District Court
Alfred A. Arraj Courthouse
901 19th St. RM A105
Denver, Co. 80294-3589

80294-250151